**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Timothy Terrance WASHINGTON, also known as Big Tim, Defendant–Appellant.**

**No. 05–30737
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Nov. 17, 2006.

Joseph G. Jarzabek, Josette Louise Cassiere, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Louisiana, Shreveport, LA, for Plaintiff–Appellee.

Wayne Joseph Blanchard, Federal Public Defender's Office, Western District of Louisiana, Lafayette, LA, for Defendant–Appellant.

---

Before DAVIS, BARKSDALE and BENAVIDES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Timothy Terrance Washington has moved to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of counsel's brief, the record, and Washington's response discloses no nonfrivolous issue. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, the APPEAL IS DISMISSED, and Washington's motion for appointment of new counsel is DENIED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.